**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7671
EMAIL: lharris@kelleydrye.com

January 27, 2011

**VIA ECF**

U.S. District Judge Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Jose A. Reyes, et al. v. Timothy Lyons, et al.*,
No. CV-10-4567 (DRH) (ETB)

Dear Judge Hurley:

We represent the Defendants Timothy Lyons, Wayne Burke and Lyons Associates, Inc., (collectively, "Defendants") in the above-referenced litigation. We write to respectfully request an extension of the January 28, 2011 deadline for Defendants to answer, move or otherwise respond to plaintiffs' amended complaint until March 11, 2011. We also request an adjournment of the February 4, 2011 initial scheduling conference.

Prior requests for extension were made on December 6, 2010 and January 5, 2011. Both requests were granted. We request a third extension because the parties have agreed to a settlement and are in the process of documenting it. We have no reason to believe that the settlement will not be finalized, but wish to reserve Defendants' right to answer, move or otherwise respond to plaintiffs' amended complaint.

Opposing counsel consents to this request and an executed stipulation extending Defendants' time to respond is attached as Exhibit A. There are presently no other dates requiring modification.

Thank you for your consideration of this request.

Respectfully submitted,

Lisa M. Harris

Enclosure

NY01/HARRL/1456013.1