EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————————— x

JOSE A. REYES, individually and on behalf
of all others similarly situated,

          Plaintiffs,

      vs.

TIMOTHY LYONS, WAYNE BURKE,
AND LYONS ASSOCIATES, INC.,

          Defendants.

Civil Action Number: 4567/10 (DRH)(ETB)

**STIPULATION OF
DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the

undersigned attorneys for Plaintiff, Jose A. Reyes, and Defendants, Timothy Lyons, Wayne

Burke and Lyons Associates, Inc., that whereas no party hereto is an infant, incompetent person

for whom a committee has been appointed or conservatee, and no person not a party has an

interest in the subject matter of the action, the above-entitled action be, and the same hereby is,

dismissed with prejudice, without costs to any party as against the other.

| | |
|---|---|
| Dated: MARCH 11, 2011<br>Glen Cove, New York | Dated: ~~February~~ March 11, 2011<br>New York, New York |
| STEVEN J. MOSER, P.C. | KELLEY DRYE & WARREN LLP |
| By: _____<br>Steven J. Moser<br>1 School Street, Suite 303<br>Glen Cove, New York 11542<br>Tel.: (516) 671-1150<br>*Attorney for Plaintiff* | By: _____<br>John E. Kiley<br>Lisa M. Harris<br>101 Park Avenue<br>New York, New York 10178<br>(212) 808-7800<br>*Attorneys for Defendants* |

SO ORDERED: _____

      Honorable Denis R. Hurley, U.S.D.J.